George W. Plummer, Appellee, v. Edward J. Ader, Appellant.

Gen. No. 23,818.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WELLS M. COOK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 19, 1918.

Statement of the Case.

Action by George W. Plummer, plaintiff, against Edward J. Ader, defendant, to recover for legal services rendered defendant in connection with disbarment proceedings against the latter. From a judgment for plaintiff, defendant appeals.

JOHNSON & HERR, for appellant.

WALTER A. LANTZ, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

Abstract of the Decision.

1. ATTORNEY AND CLIENT, § 135*—when evidence sustains judgment for plaintiff in action for legal services. Evidence in an action by an attorney for services rendered defendant in connection with disbarment proceedings against the latter, held to sustain a judgment for plaintiff as against defendant's contention that plaintiff agreed to perform some of the services without compensation and that he had not retained him to perform other services.

2. ATTORNEY AND CLIENT, § 130*—when claim for legal services is not barred. A claim for legal services is not barred by limitations where the services were performed continuously over a period of years and part of the services were performed within the statutory period.

3. JUDGMENT, § 205*—when for less than amount plaintiff entitled to sue for is proper. A claim that a judgment for plaintiff cannot stand because he did not sue for as much as the evidence showed he was entitled to recover is without merit.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.